# Psychiatric Associates of Atlanta, LLC

Twelve Piedmont Center, Suite 419, 3495 Piedmont Road, NE, Atlanta, GA 30305
404-495-5900    fax: 404-495-5901
www.atlantapsychiatry.com

David Lipsig, M.D.                                                                          Matthew Norman, M.D.

November 5, 2007

Mr. Timothy Saviello
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, NW
Atlanta, GA 30303

VIA USPS

**RE: United States of America v. Cameron Wilkerson**
**Criminal Action 1:07-MJ-1157**

Competency to stand trial

Dear Mr. Saviello:

Mr. Cameron Wilkerson, the defendant in the above-referenced criminal case, was evaluated pursuant to your request for a psychiatric evaluation. A copy of this report is being sent only to you. This report will discuss the defendant's competency to stand trial.

Mr. Wilkerson is presently incarcerated in the South Fulton Municipal Regional Jail on charges of bank robbery, which allegedly occurred on October 2, 2007 (1:07-MJ-1157).

**Sources of information:**

Interview of Mr. Wilkerson, conducted by Matthew W. Norman, M.D., at South Fulton Municipal
    Regional Jail on November 5, 2007, for approximately one hour and ten minutes.

Review of the defendant's South Fulton Municipal Regional Jail medical records as of November 5,
    2007.

Copy of the court order authorizing a jail contact visit with the defendant dated October 26, 2007.

Copy of the criminal complaint 1:07-MJ-1157 dated October 4, 2007.

Copy of the affidavit of Ray E. Johnson in support of criminal complaint 1:07-MJ-1157.

**Notification of rights:**

At the outset of the evaluation, I read to Mr. Wilkerson the standard Psychiatric Associates of Atlanta *Advisory Notice*. This notice included informing his of the purpose of the evaluation, that his mental condition would be evaluated, that the evaluation was not confidential, that anything he told me I might be asked to testify about in court, and that a copy of this report would be sent to you and only you. I told him that he had the right to not answer questions about his case, his mental condition, or his actions at the time of the alleged offense. Mr. Wilkerson agreed to proceed with the evaluation and signed the *Advisory Notice*. Mr. Wilkerson also signed a release authorizing review of his jail medical records.

**Evaluation for competency to stand trial:**

*Awareness of charges*

Mr. Wilkerson knew charges being made against him. He could state that he was charged with "robbery." He was unable or unwilling to narrate the circumstances which gave rise to the charges and the circumstances under which he was arrested, such as where he was, whom he was with, and what he was doing.

*Awareness of possible consequences*

Mr. Wilkerson was aware of possible pleas and indicated that, if convicted, he could get a prison sentence. He had a basic understanding of the basic pleas. He stated guilty means "you're admitting to the acts stated on the report," and not guilty means "you're innocent." Mr. Wilkerson had an inadequate understanding of plea bargaining. Although he stated that a plea bargain was "if you do certain things now then you can get a deal," he was unable to appreciate that he would have to plead guilty in a plea bargain. When asked further questions about plea bargaining, he replied that he "just wanted to talk with [his] attorney."

Mr. Wilkerson showed an inadequate understanding of the roles of the participants at a trial, and he was tangential and disorganized in his thoughts. He stated the job of the defense attorney was to "use as much legal action to try to prove you're not guilty." When asked what the role (or job) of the prosecutor was, he replied that "isn't they the one against you. . . try and state . . . just try and speak with the judge to see . . . to see the prosecutor to find something they did wrong . . . to try and help the person." A witness is supposed to "be a person . . . like a church witness." He then laughed inappropriately. A jury "listens to both sides of the story." A judge "listens to both parties." When asked the role of the defendant at a trial, he responded with "am I the defendant? If I . . . let my lawyer talk for me."

*Ability to assist his attorney*

Mr. Wilkerson said he thought he could work with his attorney. He knew his attorney's first name.

- 2 -

He stated that he felt he had been able to communicate with him. He was unable or unwilling to discuss aspects of the case, such as what he was doing at the time of the alleged offense. And, there was evidence of a thought disorder, specifically paranoid delusional thinking, which interfered with his ability to relate to me. He was paranoid about the jail staff, his sister, his girlfriend, and this examiner. While asking his history of substance use, he became very paranoid. He stated, "I see what you are doing." He became quite guarded in answering information. When the examination was re-explained to him. He said, "No. . . I know what you are doing." He became increasingly agitated. The interview was nearly stopped by the examiner. He then calmed down, was willing to continue, but refused to answer many other questions. He also started to tell the examiner what to write down.

**Brief History:**

*Personal History:* Mr. Wilkerson was born in the Atlanta area on September 26, 1988. He has lived in the Atlanta area all of his life. He was unwilling to answer many questions about his background. He repeatedly asked how those questions were pertinent to a psychiatric evaluation. He said he attended Atlanta Public High Schools. He did not graduate. He said he attended Morrow High School and also went to "Saturday school" at Grady High School. Mr. Wilkerson is single. He denied having any children.

*Psychiatric History:* Mr. Wilkerson denied receiving previous psychiatric treatment prior to his incarceration at South Fulton Municipal Regional Jail. However, his medical records from the jail revealed that his emergency contact, Ms. Shantae McKinnon, reported him receiving previous psychiatric treatment at both Grady Memorial Hospital and Georgia Regional Hospital at Atlanta. His treatment history from the jail is summarized below. He denied current suicidal thoughts. He denied any current thoughts of wanting to hurt anyone else.

*Substance use history:* Mr. Wilkerson denied a history of substance use. He denied using alcohol, cocaine, marijuana, or other illicit drugs. He became very defensive during this portion of the interview.

*Medical History:* Mr. Wilkerson denied any medical problems. He denied a history of medical hospitalizations or surgeries. He denied a history of head injuries, seizures, or loss of consciousness. He denied any known allergies to medications. He reported taking medications at the jail but did not recall the name or the dosages.

**Pertinent data from other sources:**

*South Fulton Municipal Regional Jail medical records:* Mr. Wilkerson was first seen by the medical staff at the jail on October 26, 2007. At that time, the personnel noted that he was "extremely paranoid, agitated, irrational thoughts and loose associations. Moods cycling very quickly. Speech understandable but pressured at times." He presented with "tissue in his ears." Dr. Graham wrote that he was "psychotic and paranoid. He would benefit from inpatient stabilization." On October 31,

2007, he was "still aggressive [and] still with toilet paper in both ears to 'keep out all the chatter.' Inmate very paranoid talking about cameras in the room and all the nurses being 'undercover.'" The following day, he spoke about "his sister and girlfriend being informants." He was started on Risperdal (an anti-psychotic and mood-stabilizing medication) two milligrams twice per day. He was being compliant with his medications.

**Formal mental status examination:**

Mr. Wilkerson is a 19-year-old male who was oriented to person, place and time. He was dressed in an orange jail uniform. He was poorly groomed. He was unshaven. His hair was unkempt. He was very guarded and distant with this examiner throughout the examination. He made fair eye contact. He displayed no abnormal involuntary movements. He displayed no psychomotor retardation or agitation. His speech was normal in rate, volume, and tone. He described his mood as "okay." His affect was clearly constricted in range but was appropriate to content. Thought processes were tangential and loose.

Mr. Wilkerson was paranoid. He denied a history of auditory hallucinations but there were a few brief behavioral pieces of evidence of auditory hallucinations (such as get distracted and thought blocking). He denied any compulsions and obsessions. He also denied any present suicidal or homicidal thoughts.

Mr. Wilkerson was fairly concrete in his interpretations of two Aesop's fables. When told the fable of the grasshopper and the ants, he stated that the "moral is trying to get food to support their family and help their family out so the queen won't be mad." When told the story of the tortoise and the hare, he said that the moral was "don't underestimate your opponent." He correctly identified similarities between common objects. He knew the capitals of Georgia, the United States, and England. He did not know the capital of France. He knew the current president and four recent past presidents. When asked what he would do in certain situations, he showed odd judgement. When asked what he would do if he found a stamped, addressed envelope on the street, he replied that "if it's not a thing." When asked what he would do if he was in a movie theater and a fire broke out, he replied that he "wouldn't be there." I estimate his intelligence to be in the average range based on his vocabulary and skills.

**Opinion regarding competency to stand trial:**

At the time of the evaluation, Mr. Wilkerson showed adequate verbal skills and was aware of the charges against him. He was unable or unwilling to provide an account of his actions with respect to the offenses charged. He had an insufficient understanding of plea bargaining and court procedure. And, there was evidence of a thought disorder, specifically paranoid delusional thinking, which significantly interfered with his ability to relate to me. The behavior that Mr. Wilkerson exhibited during this evaluation was consistent with the observations noted by his current counsel of record.

In my opinion, at the time of the evaluation, Mr. Wilkerson was *not* competent to stand trial. The

- 4 -

defendant appears to be in need of inpatient psychiatric hospitalization.

If you have any questions concerning this report, I would be happy to discuss them with you. I have enclosed a copy of my current *curriculum vitae*, which lists my qualifications to perform this examination. I can be reached by telephone at (404) 495-5900.

Sincerely,

Matthew W. Norman, M.D.
Board Certified in Psychiatry
Board Certified in Forensic Psychiatry
American Board of Psychiatry and Neurology, Inc.

encl:   invoice
        c.v.

c:      file

# Psychiatric Associates of Atlanta, LLC

Twelve Piedmont Center, Suite 419, 3495 Piedmont Road, NE, Atlanta, GA 30305
404-495-5900     fax: 404-495-5901
www.atlantapsychiatry.com

David Lipsig, M.D.                                    Matthew Norman, M.D.

# SERVICE INVOICE

**SERVICE FOR/CASE OF:**
Re: United States v. Cameron Wilkerson
Criminal Action No. 1:07-MJ-1157

| | |
|---|---|
| INVOICE NUMBER | NOFR-07-1105a |
| TAX NUMBER | 01-0683990 |
| JOB DESCRIPTION | Psychiatric Services |
| DATE | November 5, 2007 |

**BILL TO:**
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, NW
Atlanta, GA 30303

Attn: Timothy Saviello

| DATE | SERVICE DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/5/07 | Review of records - Dr. Norman | 0.3 | $300 | 90.00 |
| 11/5/07 | Interview of defendant and time to/from jail - Dr. Norman | 3 | $300 | 900.00 |
| 11/5/07 | Report writing and preparation - Dr. Norman | 2.4 | $300 | 720.00 |

**TOTAL DUE: $1,710.00**

**MAKE CHECKS PAYABLE TO:**
Psychiatric Associates of Atlanta
**Fed Tax #** 01-0683990

# Matthew W. Norman, M.D.
Twelve Piedmont Center, Suite 419
3495 Piedmont Road, NE
Atlanta, Georgia 30305
404-495-5900

Revised: July 15, 2007

## Current Position

*July 2002*
*to present*

**Psychiatric Associates of Atlanta, LLC**
*Private Practice, general and forensic psychiatry*
*consulted in over 200 criminal evaluations*
*consulted in over 300 forensic issues overall*

*July 2002*
*to present*

**Emory University School of Medicine**
*Clinical Assistant Professor,*
*Department of Psychiatry and Behavioral Sciences*

*July 2002*
*to present*

**Grady Memorial Hospital**
*Psychiatrist, Atlanta City Detention Center*

*February 2003*
*to present*

**Emory University / Emory Healthcare**
*Psychiatrist, Faculty Staff Assistance Program*

Birth:  19 February 1969
        Winston-Salem, North Carolina

Citizenship:  USA

Office Address:  Twelve Piedmont Center, Suite 419
                 3495 Piedmont Center, NE
                 Atlanta, Georgia 30305

Office Phone:  404-495-5900
               404-495-5901 (fax)

Email:  norman@atlantapsychiatry.com

Webpage:  http://www.atlantapsychiatry.com

Matthew W. Norman, M.D.

## Education/Postgraduate Training

| | | |
|---|---|---|
| *2001 to 2002* | **Emory University School of Medicine**<br>Forensic Psychiatry Fellow | Atlanta, GA |
| *2000 to 2001* | **Emory University School of Medicine**<br>Chief Resident in Psychiatry; Emory University Hospital | Atlanta, GA |
| *1997 to 2001* | **Emory University School of Medicine**<br>Resident in Psychiatry | Atlanta, GA |
| *1993 to 1997* | **Mercer University School of Medicine**<br>Doctor of Medicine | Macon, GA |
| *1987 to 1991* | **University of Virginia**<br>Bachelor of Arts in Psychology | Charlottesville, VA |

## Licensures/Certifications

Georgia Medical License No. 046191
DEA Registration Certificate
CPR/AED Healthcare Provider Certified, American Heart Association
Board Certified in Psychiatry, American Board of Psychiatry and Neurology, Inc., Certificate #51679
Board Certified in Forensic Psychiatry, American Board of Psychiatry and Neurology, Inc., Certificate #1436

## Honors and Awards

2001 Excellent Teaching Resident Award, Emory University School of Medicine
(awarded by Emory's medical students to the best resident physician teachers)
2000 Excellent Teaching Resident Award, Emory University School of Medicine
(awarded by Emory's medical students to the best resident physician teachers)
1999 APA/Glaxo Wellcome Fellowship, American Psychiatric Association
(awarded to ten resident physicians nationally each year and selected based on leadership potential within the field of psychiatry)
1999 Best Contribution by a New Member, Georgia Psychiatric Physicians' Association

## Publications/Abstracts

Lipsig, DS, Norman, MW. "So Now What?" *Psychiatric News*. 38/3. February 7, 2003.

Norman, MW and Wood, Keith. "Should the Police Transport the Mentally Ill?" Poster abstract presented at American Academy of Psychiatry and the Law Annual Meeting. Boston, MA. October 2001.

2

Matthew W. Norman, M.D.

## Psychiatric Experience

| | | |
|---|---|---|
| 2003 to present | Emory University / Emory Healthcare<br>Psychiatrist, Faculty Staff Assistance Program | Atlanta, GA |
| 2003 to present | Composite State Board of Medical Examiners<br>Peer Reviewer, Georgia Medical Board | Atlanta, GA |
| 2002 to present | Grady Memorial Hospital<br>Psychiatrist, Atlanta City Detention Clinic | Atlanta, GA |
| 2002 to 2003 | Georgia Institute of Technology<br>Psychiatrist, Student Health Center | Atlanta, GA |
| 1999 to 2002 | Georgia Regional Hospital - Atlanta<br>Physician PRN | Decatur, GA |
| 1999 to 2000 | Dekalb Community Service Board<br>Physician, Dekalb Crisis Center | Decatur, GA |
| 1998 to 2002 | Grady Memorial Hospital<br>Physician, Psychiatric Emergency Services | Atlanta, GA |
| 1992 to 1993 | Psychiatric Institute of Atlanta<br>Mental Health Assistant | Atlanta, GA |
| 1991 | Georgia Mental Health Institute<br>Health Service Technician, Senior | Atlanta, GA |
| 1990 | G. Werber Bryan Psychiatric Hospital<br>Mental Health Specialist | Columbia, SC |
| 1989 | Georgia Mental Health Institute<br>Health Service Technician, Senior | Atlanta, GA |

## Present Administrative Responsibilities

| | |
|---|---|
| 2007 – present | Corresponding Member, Committee on Persons with Mental Illness in the Criminal Justice System, American Psychiatric Association |
| 2006 – present | Volunteer Manuscript Reviewer, American Correctional Association |
| 2005 – present | Trustee, Board of Directors, Georgia Psychiatric Physicians Association |
| 2005 – present | Forensics Advisory Committee, Georgia Public Defender Standards Council |
| 2005 – present | Professional Advisory Board, Skyland Trail |
| 2004 – present | Physicians' Wellness Sub-Committee, Faculty Staff Assistance Program Advisory Committee, Emory University |
| 1999 – present | Legislative Committee, Georgia Psychiatric Physicians Association |
| 1999 – present | Public Affairs Committee, Georgia Psychiatric Physicians Association |

3

Matthew W. Norman, M.D.

## Past Administrative Responsibilities

| | |
|---|---|
| 2005 – 2007 | Nominating Committee, Georgia Psychiatric Physicians Association |
| 2004 – 2006 | Area V Representative, Committee of Early Career Psychiatrists, American Psychiatric Association |
| 2004 – 2005 | Co-chair, Legislative Affairs Committee, Georgia Psychiatric Physicians Association |
| 2003 – 2006 | ECP Editor, *Psychiatric News* |
| 2001 – 2006 | APA/Glaxo Smith Kline Fellowship Selection and Program Committee, American Psychiatric Association |
| 2003 – 2004 | Assembly Profiles of Courage Award Selection Committee, American Psychiatric Association |
| 2003 – 2004 | Area V Representative, Reference Committee 4 – Defining/ Supporting Professional Values, American Psychiatric Association |
| 2002 – 2004 | Area V Deputy Representative, Committee of Early Career Psychiatrists, American Psychiatric Association |
| 2001 – 2004 | Council of Legislation, Medical Association of Georgia |
| 2002 – 2003 | ECP Representative, Reference Committee 4 – Defining/ Supporting Professional Values, American Psychiatric Association |
| 2000 – 2002 | Chair, Web Committee, Georgia Psychiatric Physicians Association |
| 2000 – 2002 | Law Enforcement Liaison Committee, American Academy of Psychiatry and the Law |
| 2000 – 2001 | MIT Representative, Georgia Psychiatric Physicians Association |
| 2000 – 2001 | Residency Selection Committee, Department of Psychiatry, Emory University |
| 2000 – 2001 | Residency Education Committee, Department of Psychiatry, Emory University |
| 2000 – 2001 | Quality Indicators Committee, Mental Health Service, Emory University Hospital |
| 1999 – 2001 | Joint Commission on Public Affairs, American Psychiatric Association |
| 1999 – 2000 | Graduate Medical Education Advisory Committee, Emory University |
| 1998 – 2001 | Residency Recruitment Committee, Department of Psychiatry, Emory University |
| 1996 – 1997 | Co-editor, Mercer University Match Book |
| 1995 – 1997 | Clinical Clerkship Coordinators Committee, Mercer University |
| 1994 – 1997 | Curriculum and Instruction Committee, Mercer University |

4

## Teaching

2002 – present    Clinical Assistant Professor, Department of Psychiatry, Emory University School of Medicine.
Teaching responsibilities for forensic psychiatry fellows at Atlanta City Detention Center (including correctional psychiatry), senior level residents at the Emory Faculty Staff Assistance Program (including fitness-for-duty evaluations), and providing psychotherapy supervision for psychiatry residents.

2000 - 2001    Chief Resident, Department of Psychiatry and Behavioral Sciences, Emory University School of Medicine.
Teaching responsibilities for second year residents and third year medical students at Emory University Hospital

## Research Experience

1999 - 2002    Co-investigator and coordinator, "A comparison of psychiatric emergency transport services through consumer satisfaction interviews." Keith Wood, Ph.D., Principal Investigator.

1999 - 2002    Co-investigator and coordinator, "A comparison of psychiatric emergency transport services through family satisfaction surveys." Keith Wood, Ph.D., Principal Investigator.

## Presentations

"Mental Health 101: Substance Abuse." Special Management Training, Department of Corrections, City of Atlanta. Atlanta, GA. July 2007.

"Mental Health and Corrections: The Mentally Ill Offender." Special Management Training, Department of Corrections, City of Atlanta. Atlanta, GA. July 2007.

"Jail Mental Health: An Update on Psychopharmacology." Special Management Training, Department of Corrections, City of Atlanta. Atlanta, GA. July 2007.

"The Balancing Act: Managing Life as a Faculty Physician." Junior Faculty Development Program, School of Medicine, Emory University. Atlanta, GA. April 2007.

"Duty to Warn and Duty to Protect: Clinician Concerns." Faculty Staff Assistance Program, Emory University/Emory Healthcare. Atlanta, GA. March 2007.

"Correctional Psychiatry." Psychiatry intern orientation, Department of Psychiatry, Emory University. Atlanta, GA. July 2003. January 2004. July 2004. July 2005. July 2006. January 2007. July 2007.

"Physician Wellness and Impairment." Emory University / Emory Healthcare Faculty/Physician Orientation. October 2006.

Matthew W. Norman, M.D.

"Follow the Yellow Brick Road to a Successful Private Practice: Does Oz Really Exist or Is He Just a Man Behind a Curtain." Department of Psychiatry, Emory University. 4th year resident didactic series. Atlanta, GA. September 2006.

"Practical and Clinical Application of the DSM." Faculty Staff Assistance Program, Emory University/Emory Healthcare. Atlanta, GA. March 2006.

"Career Opportunities after Training." Department of Psychiatry and Behavioral Sciences, Emory University. Atlanta, GA. August 2005.

"Physician Impairment." Graduate Medical Education orientation, Emory University. A presentation to all incoming Housestaff physicians. Atlanta, GA. July 2003. July 2004. July 2005. July 2006.

"Addictive Diseases." Georgia Crisis Intervention Team training (POST certified). Atlanta Police Academy. Atlanta, GA. May 2005.

"Co-occurring disorders: Dual diagnosis." Georgia Crisis Intervention Team training (POST certified). Atlanta Police Academy. Atlanta, GA. May 2005.

"Early Career Psychiatrists as Leaders: Private Practice." American Psychiatric Association 2005 Annual Meeting. Atlanta, GA. May 2005.

"Lobbying for Psychiatry: A Prescription for Members-in-Training and Early Career Psychiatrists." Chair, American Psychiatric Association Institute of Psychiatric Services 2004 Annual Meeting. Atlanta, GA. October 2004.

"Physician Wellness and Health Promotion." Department of Emergency Medicine, Emory University. Atlanta, GA. September 2004.

"Careers in Forensic Psychiatry." Department of Psychiatry and Behavioral Sciences, Emory University. Atlanta, GA. September 2004.

"Psychiatry in Primary Care." Panelist, Grand Rounds, Department of Internal Medicine, Piedmont Hospital. Atlanta, GA. August 2004.

"Forensic Issues in Psychotherapy, Part II." Department of Psychiatry, Emory University. 4th year resident didactic series. Atlanta, GA. July 2004.

"Jail Mental Health: An Update on Psychopharmacology." Jail Mental Health Service, Atlanta City Detention Center. Atlanta, GA. May 2004.

"Doctor, How Are You Today? Managing Stress and Keeping Physicians Healthy." Department of Primary Care, Emory Healthcare. Atlanta, GA. April 2004.

"Follow the Yellow Brick Road to a Successful Private Practice: Does Oz Really Exist or Is He Just a Man Behind a Curtain." Department of Psychiatry, Emory University. 4th year resident didactic series. Atlanta, GA. December 2003.

"No Harm Contracts as Part of a Suicide Risk Assessment." Faculty Staff Assistance Program, Emory University/Emory Healthcare. Atlanta, GA. December 2003.

"Mental Health and Corrections: The Mentally Ill Offender." Department of Corrections, City of Atlanta Municipal Court. Atlanta, GA. October 2003

6

Matthew W. Norman, M.D.

"Mental Health." Presented to the Municipal Judges, City of Atlanta Municipal Court. Atlanta, GA. October 2003.

"Practice Settings for Early Career Psychiatrists: A Primer." American Psychiatric Association 2003 Annual Meeting. San Francisco, CA. May 2003.

"Determining Various Risks of Psychiatric Issues by Physicians." Medical Staff CME, Beebe Medical Center. Rehoboth Beach, Delaware. January 2003.

"Decisional Capacity and Managing the Agitated Patient." Department of Internal Medicine, Atlanta Medical Center. Atlanta, GA. November 2002.

"Perks & Pitfalls of Private Practice." Department of Psychiatry, Emory University. 4th year resident didactic series. Atlanta, GA. October 2002.

"Depression and Anxiety." Grand Rounds, Department of Internal Medicine. Piedmont Hospital. Atlanta, GA. October 2002.

"PSYC 101: An overview of mental health and mental illness." Psychology 101 for Lawyers & Others Involved in the Criminal Justice System. Georgia Indigent Defense Council. Atlanta, GA. May 2002.

"Mental Health 101: An overview of the major illnesses affecting brain and behavior." Legal Services for People with Mental Disabilities and Their Families. Georgia State University College of Law. Atlanta, GA. March 2002.

"Criminal Forensics: Competency, Responsibility, and Law Enforcement." Department of Psychiatry, Emory University. 3rd year resident didactic series. Atlanta, GA. February 2002.

"PSYC3140: Mental Health." Department of Psychology, Georgia State University. PSYC 3140 (Abnormal Psychology). Atlanta, GA. January 2002.

"Criminal Forensics: Competency, Responsibility, and Law Enforcement." Department of Psychiatry, Emory University. 4th year resident didactic series. Atlanta, GA. September 2001.

"Psychiatric Disorders: Acute Care/Med-Surg Nursing." Department of Nursing, Emory University. NRSG 635/637 (graduate nursing class). Atlanta, GA. May 2001.

"Jail Diversion and New Medications." NAMI Northside. Atlanta, GA. May 2001.

"PE 101: Mental Health." Department of Physical Education, Emory University. Atlanta, GA. PE101 (a required course for all undergraduates). Fall 2000 to Fall 2002.

"PE 101: Substance Abuse." Department of Physical Education, Emory University. Atlanta, GA. PE101 (a required course for all undergraduates). Fall 2000 to Fall 2002.

"Legal Aspects of Clinical Treatment in Mental Health." Annual October Mental Health Awareness Lecture Series, Mental Health Services, Emory University Hospital. Atlanta, GA. October 2000.

Matthew W. Norman, M.D.

## Memberships

| | |
|---|---|
| 2002 - present | Robitscher Society |
| 1998 - present | Medical Association of Atlanta |
| 1998 - present | American Academy of Psychiatry and the Law |
| 1997 - present | Georgia Psychiatric Physicians Association |
| 1994 - present | American Psychiatric Association |
| 1993 - present | American Medical Association |

## Media Interviews

*Channel 2 Action News* (WSB-TV, Atlanta) television interview: Law enforcement's interactions with the mentally ill - Commentary on DeKalb Police shooting, May 17, 2007.

*Channel 2 Action News* (WSB-TV, Atlanta) television interview: When to get a forensic evaluation - Commentary on JonBenet Ramsey case, August 21, 2006.

*AM Atlanta* (WGST) radio interview: Effects of natural disasters (Hurricane Katrina) and treatment options, September 19, 2005.

*AM Atlanta* (WGST) radio interview: Are half of Americans mentally ill, August 15, 2005.

*AM Atlanta* (WGST) radio interview: The effects of Tom Cruise's comments on psychiatry, June 29, 2005.